# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

   **Debtor:** RONALD L. BEYER
   **Case Number:** 16-24063-GLT       **Chapter:** 13
   **Date / Time / Room:** THURSDAY, MAY 04, 2017 10:00 AM   3251 US STEEL
   **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

   #5 - Final Confirmation of Plan Dated 10/30/2016 (NFC)
   R / M #: 5 / 0

### Appearances:

   Debtor:  Hipp
   Trustee: Winnecour / Bedford / (Pail) / Katz
   Creditor:

RECEIVED 2017 MAY -4 P 2:32 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### Proceedings:

   Outcome:

   1. _____ Case Converted to Chapter 7
   2. _____ Case Converted to Chapter 11
   3. ✓ Case Dismissed without Prejudice
   4. _____ Case Dismissed with Prejudice
   5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
   6. _____ The plan payment/term is increased/extended to _____, effective _____.
   7. _____ Plan/Motion continued to _____ at _____.
   8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
             Objections are due on or before _____.
             A hearing on the Amended Plan is set for _____ at _____.
   9. _____ Contested Hearing: _____ at _____.
   10. _____ Other:

*Counsel has no defense*
*Trustee consents*

*Debtor passed away*

4/26/2017   2:14:16PM