Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronald L. Beyer** : | Case No. 16−24063−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Related to Dkt. Nos. 38 and 39 |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

   *AND NOW,* this ***1st day of June, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1)  The above−captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)  The Clerk shall give notice to all creditors of this dismissal.

*(signature)*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24063-GLT
Ronald L. Beyer                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak              Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: 309            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db             +Ronald L. Beyer,    204 W. Railroad Ave.,    Verona, PA 15147-1040
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14376716       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14328544       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14315189        Huntington National Bank,    PO Box 1588,    Dept EAW25,    Columbus, OH 43216
14325472       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14315185        EDI: BANKAMER.COM Jun 02 2017 01:13:00      Bank of America,   PO Box 982238,
                 El Paso, TX 79998
14315186       +EDI: CAPITALONE.COM Jun 02 2017 01:13:00      Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
14315187       +EDI: CITICORP.COM Jun 02 2017 01:13:00      Citicards CBNA,   PO Box 6241,
                 Sioux Falls, SD 57117-6241
14315188       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 02 2017 01:29:45     Harley Davidson Credit,
                 3850 Arrowhead Dr.,    Carson City, NV 89706-2016
14315190       +EDI: CITICORP.COM Jun 02 2017 01:13:00      The Home Depot/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
14318602       +E-mail/Text: bankruptcy@huntington.com Jun 02 2017 01:29:31     The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
14334798       +E-mail/Text: bankruptcydepartment@tsico.com Jun 02 2017 01:29:46     Transworld Systems, Inc.,
                 PO Box 15273,   Wilmington, DE 19850-5273
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Harley-Davidson Credit Corp
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14335471*      +Transworld Systems, Inc.,    PO Box 15273,   Wilmington, DE 19850-5273
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
```
              Douglas G. Hipp    on behalf of Debtor Ronald L. Beyer twohipp4u@hotmail.com
              James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 6
```