**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RONALD L. BEYER | Case No.:16-24063 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/31/2016 and confirmed on 12/12/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 950.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 950.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 622.32 | |
|   Trustee Fee | 43.37 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 665.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9620 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 6,169.11 | 130.09 | 154.22 | 284.31 |
|     Acct: 4324 | | | | |
| | | | | 284.31 |
| **Priority** | | | | |
|   DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD L. BEYER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HIPP/KAISER-HIPP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS G HIPP ESQ** | 2,000.00 | 622.32 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 5,188.33 | 0.00 | 0.00 | 0.00 |

| 16-24063 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 5089 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5491 | | | | |
| | PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5424 | | | | |
| | THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6035 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7582 | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 284.31 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 6,169.11 | |
| UNSECURED | 5.188.33 | |

Date: 07/24/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com